UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DONALD STRENCH,**

      **Plaintiff,**

  v.                                  **Civil Action 2:24-cv-699**
                                          **Magistrate Judge Chelsey M. Vascura**

**HYUNDAI MOTOR AMERICA**
**CORPORATION SERVICE COMPANY,**

      **Defendant.**

## ORDER

This matter is before the Court on the parties' Joint Proposed Case Schedule (ECF No. 31). The Court hereby **ADOPTS** the case schedule proposed by the parties. Accordingly,

- Defendant Hyundai Motor America Corporation Service Company shall file its answer to the Complaint by **January 9, 2026**;

- The parties have agreed to make initial disclosures by **January 9, 2026**;

- Motions or stipulations addressing the parties or pleadings, if any, must be filed no later than **October 26, 2026**;

- All fact discovery shall be completed by **October 26, 2026**;

- Plaintiff's primary expert reports, if any, must be produced by **December 22, 2026**, and Defendant's primary expert reports, if any, must be produced by **January 25, 2027**;

- Rebuttal expert reports, if any, must be produced by **February 8, 2027**;

- All expert discovery shall be completed by **February 22, 2027**;

- Case dispositive motions must be filed by **April 7, 2027**; and

- Plaintiff shall make a settlement demand by **May 10, 2027**. Defendant shall respond by **May 24, 2027**. This case will be referred to an attorney mediator, or to the Magistrate Judge, for a settlement conference in **June 2027**.

To the extent not inconsistent with this Order, all provisions of the April 10, 2024 Preliminary Pretrial Order (ECF No. 18) remain in effect.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE